UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:     BETO, Duane Edward

Chapter 7 Case No.    10-35178

Please Check One:

_____ Unclaimed Dividends

__X__ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| GE MONEY BANK<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | 12 | $ 64.14 | $ 3.09 |

Date:    04/22/2011

J. Richard Stermer,  Trustee